FILED
2023 APR 18 PM 5:14
CLERK
U.S. DISTRICT COURT

Y. Vadim Yudin
*Plaintiff*
475 E 900S Apt.301
Salt Lake City, UT 84111

# UNITED STATES DISTRICT COURT

# DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| Y. Vadim Yudin<br><br>vs.<br><br>Jordan School District | **Motion to seal the docket or mark case as private**<br><br>Civil Case No 2:18-cv-00562<br><br>JUDGE HONORABLE CLARK WADDOUPS |

There is sensitive information in the case regarding Plaintiff's disability and documents that classified as private under **Utah Code §63G-2 Government Record Access Management Act** as Plaintiff considered a public government employee.

Plaintiff represented himself as Pro-se. Plaintiff is American citizen of Ukrainian national origin.

Because of the language barrier and Pro-se representation Plaintiff interpreted the facts erroneously to own disadvantage.

Plaintiff was a victim of cyber stalking. Some individuals were able to access the case documents on the Pacer information system and using the language discrepancy misinterpreted the facts attempting to compromise Plaintiff's teaching carrier.

Plaintiff respectfully submits before this Court the **Motion to seal the docket or mark case as private.**

Plaintiff Pro-Se:

Y. Vadim Yudin.

4/18/2023

Certificate of Service

I, Y. Vadim Yudin, hereby certify that on 4/18/2023 I served copy of this document by email to:

Attorney for Respondent

Joseph Adams

josephadams@agutah.gov